Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
JAMES CASTLE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES CASTLE,<br><br>　　　　　Defendant. | Case No.: 2:15-cr-00190 MCE<br><br>**REQUEST FOR WAIVER OF DEFENDANT'S IN-PERSON APPEARANCE (LOCAL RULE 137(b) & GENERAL ORDER 616)** |

Pursuant to Local Rule 137(b) and General Order 616, defendant James Castle hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court after trial, except upon imposition of sentence. Defendant hereby requests the Court to proceed by videoconference of defendant's presence, the same as if defendant were present in-person, and further agrees to be present in court ready for sentencing any day and hour the Court may fix in his absence.  Undersigned has consulted with the defendant and the defendant consents to counsel's signing on defendant's behalf.

/ / / / /

/ / / / /

Dated:  June 17, 2020　　　　　　　　　　　　/s/ Michael E. Hansen for
　　　　　　　　　　　　　　　　　　　　　　　JAMES CASTLE

**1**

**Request for Waiver of Defendant's Personal Presence**

I agree with and consent to my client's waiver of appearance.

Dated: June 17, 2020
/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JAMES CASTLE

### ORDER

I approve the above waiver of in-person presence.

IT IS SO ORDERED.

Dated: June 23, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Request for Waiver of Defendant's Personal Presence**