Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
JAMES CASTLE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES CASTLE,<br><br>　　　　　　Defendant. | Case No.: 2:15-CR-00190 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant James Castle, that the previously-scheduled status conference date of June 25, 2020, be vacated and the matter set for status conference on July 23, 2020, at 10:00 a.m.

　　　　This continuance is requested because defense counsel needs additional time to review discovery received in this case.  The government has provided more than 55,000 pages of discovery.  Additionally, the COVID pandemic has severely limited undersigned access to the defendant.

　　　　The Government concurs with this request.

　　　　Further, the parties agree and stipulate the ends of justice served by the granting of such

1

**Stipulation and Order to Continue Status Conference**

1 a continuance outweigh the best interests of the public and the defendant in a speedy trial and
2 that time within which the trial of this case must be commenced under the Speedy Trial Act
3 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local
4 Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, June
5 25, 2020, to and including July 23, 2020.

6       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7       IT IS SO STIPULATED.

8 Dated:  June 23, 2020       Respectfully submitted,

9       /s/ Michael E. Hansen
      MICHAEL E. HANSEN
10       Attorney for Defendant
      JAMES CASTLE
11

12 Dated:  June 23, 2020       McGREGOR SCOTT
      United States Attorney

13       By:  /s/ Michael E. Hansen for
      AUDREY HEMESATH
14       Assistant U.S. Attorney
      Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Continue Status Conference**

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 23, 2020, to and including July 23, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the July 16, 2019, status conference shall be continued until July 23, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order to Continue Status Conference**