Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
JAMES CASTLE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:15-CR-00190-MCE |
| Plaintiff, | ) ) ) | **MOTION FOR BAIL REVIEW** |
| vs. | ) ) | Date: July 15, 2020 |
| JAMES CASTLE, | ) ) | Time: 2:00 p.m. Courtroom: 26 |
| Defendant. | ) ) | |

## INTRODUCTION

Mr. Castle is seeking temporary release in the Eastern District.  Ultimately, he is seeking release with conditions.  There is a currently a no-bail warrant out of the Northern District in Case No. 3:14-cr-338 charging conspiracy and filing a false tax return.  Any release will have to include coordination with the Northern District.

## BACKGROUND

Mr. Castle is charged with multiple counts of bank fraud, transactions in criminally derived property and conspiracy.  The transactions at issue were from April 2010 through November 2011.

In 2011, Mr. Castle moved with his wife and three daughters to New Zealand.  Mr. Castle was working in international commodities for two-plus years in Auckland.  He then started his own company in commodities trading but was denied a work visa.  He then moved he and his family to Australia.  While in Australia he applied for an extension of his visitors' visas and was

denied. He was told at that time he and his family's passports had been revoked.

Once the visitors' visas were revoked Mr. Castle tried to obtain a protection visa. The protection visa in Australia is granted in circumstances where there exists a well-founded fear of persecution and fear of harm. Mr. Castle had received anonymous death threats prior to leaving the United States for New Zealand. Ultimately, the protection visa was denied. However, during the pendency of that visa application, Mr. Castle was made aware of the extradition efforts of the United States. Yet, he continued to reside in Australia and reported every month at the direction of the Australia Immigration Department. At no time did he attempt to flee Australia.

Mr. Castle and his wife were arrested by Australian authorities in 2017. His wife did not fight extradition and was returned to the Northern District. She resolved her case by plea agreement. She was sentenced to probation.

Mr. Castle did fight extradition. He believed he could resolve the situation from abroad and was still concerned about potential death threats.

Mr. Castle's father lives in Burlingame, CA, and is willing to let his son reside with him. Also, Mr. Castle's four daughters live in Marin County. Mr. Castle has every reason to be supervised in the Northern District with his ties to the community. He is willing to be monitored electronically. His father is willing to post cash in an amount of around $100,000.

## ARGUMENT

**I.  PURSUANT TO U.S.C. § 3142, THE COURT CAN TEMPORARILY RELEASE MR. CASTLE.**

Because the warrant from the Northern District is outstanding, this Court can temporarily release Mr. Castle to face the charges in the Northern District pursuant to U.S.C. § 3142(d) to allow him to be transported to the Northern District. Once there he can get appointed counsel and address any detention issues that may arise. Once the Northern District AUSA acts to retrieve Mr. Castle, then release in the Eastern District can be more fully addressed.

///

///

Dated: July 14, 2020                                      Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JAMES CASTLE

Motion for Bail Review