Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
JAMES CASTLE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-CR-00190-MCE |
| Plaintiff, | **MOTION FOR BAIL REVIEW** |
| vs. | |
| JAMES CASTLE, | Date: July 17, 2020<br>Time: 2:00 p.m.<br>Courtroom: 26 |
| Defendant. | |

## INTRODUCTION

Mr. Castle is seeking release in the Eastern District.  The earlier filing requesting temporary release is withdrawn.

## BACKGROUND

Mr. Castle is charged with multiple counts of bank fraud, transactions in criminally derived property and conspiracy.  The transactions at issue were from April 2010 through November 2011.

In 2011, Mr. Castle moved with his wife and three daughters to New Zealand.  Mr. Castle was working in international commodities for two-plus years in Auckland.  He then started his own company in commodities trading but was denied a work visa.  He then moved he and his family to Australia.  While in Australia he applied for an extension of his visitors' visas and was denied.  He was told at that time he and his family's passports had been revoked.

Once the visitors' visas were revoked Mr. Castle tried to obtain a protection visa.  The

protection visa in Australia is granted in circumstances where there exists a well-founded fear of persecution and fear of harm.  Mr. Castle had received anonymous death threats prior to leaving the United States for New Zealand.  Ultimately, the protection visa was denied.  However, during the pendency of that visa application, Mr. Castle was made aware of the extradition efforts of the United States.  Yet, he continued to reside in Australia and reported every month at the direction of the Australia Immigration Department.  At no time did he attempt to flee Australia.

Mr. Castle and his wife were arrested by Australian authorities in 2017.  His wife did not fight extradition and was returned to the Northern District.  She resolved her case by plea agreement.  She was sentenced to probation.

Mr. Castle did fight extradition.  He believed he could resolve the situation from abroad and was still concerned about potential death threats.

Mr. Castle's father lives in Burlingame, CA, and is willing to let his son reside with him.  Also, Mr. Castle's four daughters live in Marin County.  Mr. Castle has every reason to be supervised in the Northern District with his ties to the community.  He is willing to be monitored electronically.  His father is willing to post cash in an amount of around $100,000.

## ARGUMENT

**I.   PURSUANT TO U.S.C. § 3142(c), THE COURT CAN RELEASE MR. CASTLE WITH A COMBINATION OF CONDITIONS THAT WILL ENSURE HIS APPEARANCE AT ALL COURT PORCEEDINGS.**

"Federal law has traditionally provided that a person arrested for a non-capital offense shall be admitted to bail.  Only in rare circumstances should release be denied." *United States v. Motamedi* (9th Cir. 1985) 767 F.2d 1403, 1405.)  The presumption is in favor of the defendant to be released.

Although the government asserts the Mr. Caste's conduct four years before the indictment was filed amounted to flight, the assertion remains simply that, an assertion.  Likewise, the remarks by Mr. Castle's mother and by Ms. Trites are from 2012.  Eight years have passed.

In response to the remarks to Pretrial Services by Mr. Castro, his father, Mr. Castle rejects the statement as false.  Mr. Castle does have respect for the Court and acknowledges the Court has jurisdiction in this matter.  He does proffer that any assertion of his claim of diplomatic immunity is not relevant.

The fact Mr. Castle was in Australian custody is the reason he was transported by the Marshals; he had no choice.

Given the Coronavirus pandemic and the combination of conditions proposed by the defendant, James Castle requests the Court find he is not a serious flight risk and accordingly, release him.

Dated:  July 16, 2020                                          Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JAMES CASTLE

**Motion for Bail Review**