UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

<u>USA,</u>
      Plaintiff

v.                                          **CASE NO. 2:15−CR−00190−MCE**

<u>JAMES CHRISTOPHER CASTLE ,</u>
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **September 28, 2020** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 29, 2020

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

                **by:** /s/ A. Tupolo
                      Deputy Clerk