**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

TO:   CLERK, U.S. COURT OF APPEALS

FROM:   CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:15−CR−00190−MCE** |
| USDC Judge: | **SENIOR JUDGE MORRISON C. ENGLAND JR.** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **USA vs. JAMES CHRISTOPHER CASTLE** |
| Type: | **CRIMINAL** |
| Complaint Filed: | 9/10/2015 |
| Appealed Order/Judgment Filed: | 8/27/2020 |
| Court Reporter Information: | **Jonathan Anderson, Kimberly Bennett, Diane Shepard, Tiphanne Crowe** |

FEE INFORMATION

**Fee Status: CJA or IFP granted on 5/22/2020**

Information prepared by: /s/  **A. Tupolo , Deputy Clerk**