PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTOPHER CASTLE,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:15-CR-190-MCE<br><br>ORDER TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT |

In response to the COVID-19 pandemic, the Court issued General Order Nos. 610, 611, 612, 613, 614, 615, 616, 617, 618, 620, 621, 624, 628, and 630 making findings and implementing temporary emergency procedures, and these General Orders either remain in effect or have been superseded by a subsequent General Order extending their provisions. Specifically, on May 13, 2020, the Court issued General Order 618, suspending all jury trials until further notice. General Order 618 also further authorized assigned District Judges to exclude time under the Speedy Trial Act with reference to the Court's prior General Order 611 issued on March 17, 2020, the Court's subsequent declaration of a judicial emergency based on 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing the Court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

This trial involves witnesses with high-risk factors, such as age and pre-existing medical conditions. Several of the government's essential witnesses are over the age of 60, placing them at

significant risk of serious complications if they were to contract COVID-19.  Other government witnesses have medical conditions placing them at severe risk of serious complications if they are infected.  More than one of the government's witnesses will have to travel from out of state, travel that will increase exposure to the virus both during travel, and potentially endanger the individuals those witnesses would come into contact with once they arrive.  While a vaccine does exist for the COVID-19, as of April 8, 2021, only 19.4% of the total population has been fully vaccinated.  *See* [https://covid.cdc.gov/covid-data-tracker/#vaccinations](https://covid.cdc.gov/covid-data-tracker/#vaccinations).  In California, each county is assigned to a tier based on its positivity rate, adjusted case rate, and health equity metric.  Within the Eastern District of California, two counties remain at a widespread risk, seventeen counties remain at a substantial risk, twelve counties remain at a moderate risk, and only two counties are at a minimal risk.  *See, e.g.* [https://covid19.ca.gov/safer-economy/#county-status](https://covid19.ca.gov/safer-economy/#county-status).  The trial in this case cannot be conducted by videoconferencing or telephone conferencing.

For the reasons stated above, on the record by the Court and the government in the status conference on April 8, 2021 and in prior status conferences, and for the reasons stated in the government's prior motion to exclude time (ECF 633), the Court hereby finds that the continued outbreak of COVID-19 and the facts specific to this case (and related General Orders of this Court and guidance from the Centers for Disease Control and Prevention and state and local health officials) collectively demonstrate facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

///
///
///
///
///
///
///
///
///

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would result in a miscarriage of justice, given the coronavirus pandemic in the Eastern District of California and beyond, and the necessary steps being taken to avoid further transmission of the virus. Time is excluded under the Speedy Trial Act between April 19, 2021 and April 29, 2021.

IT IS SO ORDERED.

Dated:  April 14, 2021

*[signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT

3