```
                    IN THE UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA


   United States of America,
          Plaintiff,

   vs.                                  Sacramento, California
                                        No. 2:15-cr-00190
   James Christopher Castle,            Thu., July 30, 2020
          Defendant.                    10:56 a.m.
   _____/

                       TRANSCRIPT OF HEARING VIA ZOOM
     BEFORE THE HONORABLE MORRISON C. ENGLAND, JR., SENIOR JUDGE
                                ---oOo---


   APPEARANCES:

    For the Plaintiff:             United States Attorney
                                   501 I Street, Suite 10-100
                                   Sacramento, California  95814
                                   By:  Audrey Benison Hemesath
                                   Assistant U.S. Attorney


    For the Defendant:             Law Offices of Michael E.
                                   Hansen
                                   711 Ninth Street, Suite 100
                                   Sacramento, California  95814
                                   By: Michael E. Hansen
                                   Attorney at Law



    Official Court Reporter:       Kimberly M. Bennett,
                                   CSR, RPR, RMR, CRR
                                   501 I Street
                                   Sacramento, CA 95814



   Proceedings recorded by mechanical stenography, transcript
   produced by computer-aided transcription
```

1        (Court called to order, 10:56 a.m.)
2            THE CLERK:  Calling case 15-190; United States versus
3   Castle.  On for status re counsel and status, Your Honor.
4            THE COURT:  Thank you.
5    Counsel, may I have your appearances, please.
6            MS. HEMESATH:  Good morning, Your Honor.  Audrey
7   Hemesath on behalf of the United States.
8            MR. HANSEN:  Good morning, Your Honor.  Mike Hansen
9   on behalf of Mr. Castle.  He is present in a lockup.  There is
10  an in-person waiver on file.
11           THE COURT:  Sir, can you see and hear us all at this
12  time via video?
13           THE DEFENDANT:  Are you referring to me, Your Honor?
14           THE COURT:  Yes, I am.
15           THE DEFENDANT:  Yes, I can hear you and see you.
16  Yes.
17           THE COURT:  Thank you.  And you can hear and see your
18  attorney as well?
19           THE DEFENDANT:  When he speaks, I believe his picture
20  pops up.
21           THE COURT:  All right.  That's the way it works.
22     Mr. Hansen, there's been a motion that's been filed with
23  the Court now after last week, and a very brief one, but do you
24  wish to be heard?
25           MR. HANSEN:  Only to request that the Court speak to

1  Mr. Castle in a closed session so you can hear his request.
2          THE COURT:  All right.  Anything from the government
3  at this time?
4          MS. HEMESATH:  No, Your Honor.
5          THE COURT:  All right.  Madam clerk, can you put us
6  into a virtual closed room.
7          THE CLERK:  Yes, Your Honor.
8          THE COURT:  Thank you.
9     (In camera hearing held.)
10          MS. HEMESATH:  I'm here now, Your Honor.
11          THE COURT:  There she is.  All right.
12          MS. HEMESATH:  Can you hear me?
13          THE COURT:  Yes.  All right.  The in camera hearing
14  has concluded.  Mr. Hansen is still attorney of record and
15  we're ready to proceed.
16     So I think it's just on for status at this point; is that
17  correct?
18          MR. HANSEN:  It is, Your Honor.  The government and I
19  have discussed future dates, including a jury trial.  I'll note
20  that there are in excess of 85,000 pages of discovery, and in
21  order to be prepared I'll need additional time.
22     The dates that we had suggested were April 19, 2021, for
23  jury trial, with a trial confirmation hearing March 11th of
24  2021.
25          THE COURT:  Ms. Hemesath, is that your understanding?

1           MS. HEMESATH:  That's correct, Your Honor.

2           THE COURT:  And, madam clerk, is that -- are those
3    dates available?

4           THE CLERK:  Yes, Your Honor.  Those were preset with
5    counsel and myself.

6           THE COURT:  Then I will confirm those dates and times
7    for the trial confirmation hearing and for the jury trial.
8       Is there anything --

9           THE DEFENDANT:  Your Honor, yes.  One other thing,
10   Your Honor, if I may?  And that is that while I understand the
11   Court's position and the backup log with regard to cases that
12   are before the Court, I do not wish to waive my Sixth Amendment
13   rights, with all due respect.

14          THE COURT:  Understood.  And as stated here in this
15   court several times this morning --

16          THE DEFENDANT:  Very aware of your situation, Your
17   Honor.

18          THE COURT:  -- regarding time with respect to all
19   cases, and that includes criminal cases, this district has
20   declared an emergency based on the pandemic.  The Ninth Circuit
21   has also issued a declaration to that effect.  And assuming
22   that there were available trial dates, you are going to be
23   behind all of the in-custody criminal cases, first of all,
24   okay.  And those have been stopped since March of this year.
25   It's now the end of July, almost August, so the number of

1  criminal cases that have to be tried will prevent any civil
2  case from going out for any -- for -- I don't know what the
3  period of time will be.
4      But your -- your notation regarding not waiving time is
5  noted, but the Court, I believe, has stated at least on several
6  occasions today, that the emergency circumstances that we're
7  under, and the fact that this courthouse is closed to the
8  public and will not allow any potential jurors to even come in
9  at all because of the various rulings that have come down from
10 the governor, the circuit, etc., will not allow you to have a
11 speedy trial to occur.
12     So your objection is noted and --
13         THE DEFENDANT:  Thank you, Your Honor.
14         THE COURT:  -- and we will go ahead.
15     Is there anything else, Ms. Hemesath?
16         MS. HEMESATH:  Yes, Your Honor.  Just to clarify,
17 Mr. Hansen is staying on as counsel, and his request is for a
18 T4 exclusion for preparation of counsel, that in order to
19 effectively prepare for the spring trial dates that Your Honor
20 has now set, given the volume of discovery, his need to review
21 the previous trial transcripts in this case, and to effectively
22 represent Mr. Castle, he's requesting a time exclusion under
23 Local Code T4.  We also request that.
24         THE COURT:  Mr. Hansen, you mentioned 85,000 pages of
25 discovery that you're going to -- I'm assuming that that is

1  correct, is that the case?
2          MR. HANSEN:  That is correct, Your Honor.  And I was
3  waiting for the government to speak, but it seems the Court
4  could also make a finding of T2 exclusion for complexity, based
5  on the amount of discovery.
6          THE COURT:  I'll find T4 and T2 exclusions to be
7  appropriate in this case.
8          MS. HEMESATH:  Thank you, Your Honor.
9          MR. HANSEN:  Thank you, Your Honor.
10         THE COURT:  Madam clerk, anything further on for
11 today?
12         THE CLERK:  Nothing further, Your Honor.
13         THE COURT:  Thank you very much.  Court is adjourned.
14              (Proceedings adjourned, 11:28 a.m.)
15                         ---oOo---
16 I certify that the foregoing is a correct transcript from the
17 record of proceedings in the above-entitled matter.
18
19                          /s/ Kimberly M. Bennett
                           KIMBERLY M. BENNETT
20                         CSR No. 8953, RPR, CRR, RMR