# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

                Plaintiff,

          v.

**JAMES CHRISTOPHER CASTLE**

                Defendant.

CR NO: 2:15-CR-190-MCE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☐ Ad Prosequendum    ☒ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Remus Alan Kirkpatrick | |
| Detained at | Elkton FCI | |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on July 19, 2021 at 9 AM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Tanya B. Syed |
| Printed Name & Phone No: | Tanya B. Syed, (916) 554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum    ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on July 19, 2021 at 9 AM, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: June 8, 2021 | /s/ Kendall Newman |
| | Honorable Kendall J. Newman |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 61281-060 | DOB: | |
| Facility Address: | 8730 SCROGGS ROAD, LISBON, OH 44432 | Race: | White |
| Facility Phone: | (330) 420-6200 | FBI#: | 75PRE49TW |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                                      (signature)