PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>Defendant. | CASE NO: 2:15-CR-190 MCE<br><br>ORDER TO UNSEAL EXTRADITION AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that docket entry 115 in the above-captioned matter be, and is hereby unsealed.

Dated:   June 17, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE