PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
TANYA B. SYED
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>                    Defendant. | CASE NO. 2:15-CR-190 MCE<br><br>NOTICE OF LODGING EXHIBITS ON FLASH DRIVE WITH COURT<br><br>DATE: July 8, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

    The United States hereby provides notice to the Court that today it has dropped off with the Court a flash drive containing the government's trial exhibits.

Dated: July 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Audrey Hemesath*
AUDREY B. HEMESATH
TANYA B. SYED
Assistant United States Attorneys