1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AUDREY B. HEMESATH
   TANYA B. SYED
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190-MCE |
|---|---|
| Plaintiff, | UNITED STATES'S ORDER TO DISMISS COUNT 42 OF THE INDICTMENT AND THE FORFEITURE ALLEGATION |
| v. | |
| JAMES CHRISTOPHER CASTLE, | |
| Defendant. | |

**ORDER**

For the reasons stated in the United States motion to dismiss (ECF 703), Count 42 of the indictment and the criminal forfeiture allegations in the indictment are dismissed.

IT IS SO ORDERED.

Dated: July 8, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE