1  JESSE ORTIZ (SBN 176450)
   Ortiz Law Group. P.C.
2  1510 J Street, Suite 100
   Sacramento, CA 95814
3  (916) 443-9500
   Jesse@theortizlawgroup.com
4
   Attorney for Defendant
5  James Cristopher Castle

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 MCE |
|---|---|
| Plaintiff, | DEFENDANT JAMES CHRISTOPHER CASTLE'S PROPOSED JURY INSTRUCTION |
| v. | Date:  July 19, 2021 |
| JAMES CHRISTOPHER CASTLE, | Time:  9:30 a.m. |
|  | Court:  Hon. Morrison C. England, Jr. |
| Defendants. |  |

Upon review of the proposed jury instruction submitted by the Government, Defendant James Christopher Castle proposes the following additional instruction:

Dated: July 8, 2021     By:  */s/ JESSE ORTIZ*
                              JESSE ORTIZ

                              For defendant James Christopher Castle

1

INSTRUCTION NO. \_\_\_\_\_

You may determine whether a defendant had an honest, good faith belief in the truth of the specific representations alleged in the indictment in determining whether or not the defendant acted with the intent to defraud.

DEFENDANT CASTLE'S PROPOSED JURY INSTRUCTION NO. 1

Source:  COMMENT TO 9TH CIR. CRIM. JURY INSTR. 2.16 (2010)

GIVEN                                  _____

GIVEN AS MODIFIED:         _____

REFUSED                            _____

WITHDRAWN                   _____