JESSE ORTIZ (SBN 176450)
Ortiz Law Group. P.C.
1510 J Street, Suite 100
Sacramento, CA 95814
(916) 443-9500
Jesse@theortizlawgroup.com

Attorney for Defendant
James Cristopher Castle

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 MCE |
|---|---|
| Plaintiff, | DEFENDANT JAMES CHRISTOPHER CASTLE'S NOTICE OF CHOICE NOT TO FILE |
| v. | Date: July 19, 2021 |
| JAMES CHRISTOPHER CASTLE, | Time: 9:30 a.m. |
| Defendants. | Court: Hon. Morrison C. England, Jr. |

Defendant James Christopher Castle chooses not to file the following documents:

1. Trial Brief;

2. Proposed Verdict Forms

Dated: July 8, 2021      By:   */s/ JESSE ORTIZ*
                                JESSE ORTIZ

                                For defendant James Christopher Castle

1