

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>　　　　Defendant.<br>_____/ | No. 2:15-cr-00190-02-MCE<br><br><br>MINUTES<br><br>Date: 7/27/2021<br>Deputy Clerk: S. Deutsch/M. York<br>Court Reporter: Kacy Barajas |

Counsel for the United States: Audrey Hemesath and Tanya Syed, Assistant US Attorneys
Counsel for Defendant: Jesse Ortiz, Retained

### JURY TRIAL – DAY 5

| | |
|---|---|
| 9:36 a.m. | The defendant, counsel, the jury and alternates were present. Assistant US Attorney, Audrey Hemesath, continued direct examination of witness, Remus Kirkpatrick, who was reminded of his previously sworn oath. |
| 10:04 a.m. | Defense counsel cross examined the witness. |
| 10:53 a.m. | Assistant US Attorney, Audrey Hemesath, redirected the witness. |
| 10:56 a.m. | Defense counsel cross examined the witness. |
| 10:57 a.m. | The witness was excused. Assistant US Attorney, Tanya Syed, called witness, Charles Strong, who was sworn and testified on direct examination. |
| 11:09 a.m. | The witness was excused. Assistant US Attorney, Audrey Hemesath, called witness, Michelle Marsico, who was sworn and testified on direct examination. |
| 11:15 a.m. | The jury was admonished and excused for the recess. |
| 11:49 a.m. | The defendant, counsel, the jury and alternates were present. Assistant US Attorney, Audrey Hemesath, continued direct examination of the witness. |
| 12:11 p.m. | Defense counsel cross examined the witness. |
| 12:19 p.m. | Assistant US Attorney, Audrey Hemesath, redirected the witness. |
| 12:24 p.m. | Defense counsel cross examined the witness. |

2:15-cr-00190-02-MCE, United States of America v. James Castle
Minutes - Page 2

| | |
|---|---|
| 12:25 p.m. | The witness was excused.  Assistant US Attorney, Audrey Hemesath, called witness, Larry Antonio, who was sworn and testified on direct examination. |
| 12:33 p.m. | The witness was excused.  Assistant US Attorney, Tanya Syed, called witness, Robert Pathman, who was sworn and testified on direct examination. |
| 12:37 p.m. | Defense counsel cross examined the witness. |
| 12:38 p.m. | The witness was excused. Assistant US Attorney, Audrey Hemesath, called witness, David Collins, who was sworn and testified on direct examination. |
| 12:43 p.m. | Assistant US Attorney, Tanya Syed, called witness, Monica McGuire, who was sworn and testified on direct examination. |
| 1:30 p.m. | The witness was excused and ordered to return on July 28, 2021, at 9:30 a.m. |
| 1:31 p.m. | The Court held a side bar with counsel as stated on the record regarding the remaining timing for trial. |
| 1:35 p.m. | The jury was admonished and ordered to return at 9:30 a.m., on July 28, 2021. The Court adjourned. |

TIME IN COURT:  3 hours, 59 minutes