

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-02-MCE |
| Plaintiff, | |
| v. | **MINUTES** |
| JAMES CHRISTOPHER CASTLE, | Date: 7/28/2021<br>Deputy Clerk: S. Deutsch |
| Defendant. | Court Reporter: Kacy Barajas |

Counsel for the United States: Audrey Hemesath and Tanya Syed, Assistant US Attorneys
Counsel for Defendant: Jesse Ortiz, Retained

**JURY TRIAL – DAY 6**

9:36 a.m.  The defendant, counsel, the jury and alternates were present. Assistant US Attorney, Tanya Syed, continued direct examination of previously sworn witness, Monica McGuire, who was reminded of her oath.

10:01 a.m.  Defense cross examined the witness.

10:09 a.m.  Assistant US Attorney, Tanya Syed, redirected the witness.

10:12 a.m.  Defense cross examined the witness.

10:13 a.m.  The witness was excused. The United States rested.

10:14 a.m.  Defense counsel called defendant, James Christopher Castle, who was sworn and testified on direct examination.

11:15 a.m.  The jury was admonished and excused for a recess.

11:49 a.m.  The defendant, counsel, the jury and alternates were present. Defense counsel continued direct examination of the defendant.

11:52 a.m.  Assistant US Attorney, Audrey Hemesath, cross examined the witness.

1:10 p.m.  The defense redirected the witness.

1:17 p.m.  The witness was excused. The defense rested. The United States did not present rebuttal. The jury was admonished and excused until 9:30 a.m., on August 2, 2021.

2:15-cr-00190-02-MCE, <u>United States of America v. James Castle</u>
Minutes - Page 2

| | |
|---|---|
| 1:25 p.m. | Outside the presence of the jury, the Court and counsel discussed trial timing. The Court ordered counsel and the defendant to be present to review the proposed jury instructions and verdict form at 1:30 p.m., on July 29, 2021. |
| 1:30 p.m. | The Court adjourned. |

TIME IN COURT:   3 hours, 54 minutes