

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-cr-00190-02-MCE |
| Plaintiff, | |
| v. | **MINUTES** |
| JAMES CHRISTOPHER CASTLE, | Date: 7/29/2021<br>Deputy Clerk: S. Deutsch |
| Defendant. | Court Reporter: Kacy Barajas |

Counsel for the United States: Audrey Hemesath and Tanya Syed, Assistant US Attorneys
Counsel for Defendant: Jesse Ortiz, Retained

**JURY TRIAL – DAY 7**

1:30 p.m.   Outside the presence of the jury and alternates with the defendant and counsel present, the Court and counsel reviewed the proposed jury instructions and verdict forms, off the record, recorded by ECRO.

2:15 p.m.   Outside the presence of the jury and alternates with the defendant and counsel present, the Court and counsel reviewed the proposed jury instructions and verdict forms as stated on the record.

2:30 p.m.   The Court adjourned until 9:30 a.m., on August 2, 2021, in courtroom 7.


TIME IN COURT:   30 minutes