

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE JOHN A. MENDEZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-02-MCE |
| Plaintiff, | |
| v. | **MINUTES** |
| JAMES CHRISTOPHER CASTLE, | Date: 8/2/2021<br>Deputy Clerk: S. Deutsch |
| Defendant. | Court Reporter: Kacy Barajas |

Counsel for the United States: Audrey Hemesath and Tanya Syed, Assistant US Attorneys
Counsel for Defendant: Jesse Ortiz, Retained

**JURY TRIAL – DAY 8**

9:26 a.m.   Outside the presence of the jury with the defendant and counsel present, United States District Judge, John A. Mendez, stated the reason for Senior Judge England's absence. Counsel had no objection to United States District Judge, John A. Mendez, presiding over the remainder of the jury trial.

9:31 a.m.   The defendant, counsel, the jury and alternates were present. Assistant US Attorney, Tayna Syed, gave a closing argument for the United States.

10:06 a.m.  Defense counsel gave a closing argument.

10:40 a.m.  Assistant US Attorney, Audrey Hemesath, gave rebuttal argument for the United States.

11:09 a.m.  The Court instructed the jury.

11:40 a.m.  The Court Security Officer was sworn to take charge of the jury. The jury took a lunch recess.

12:30 p.m.  The jury began deliberations.

1:15 p.m.   The Court received a jury note stating a unanimous verdict was reached.

1:54 p.m.   The defendant, counsel, and the jury were present. The Court reviewed and accepted the jury verdicts as presented. The Courtroom Deputy published the jury verdicts.

2:15-cr-00190-02-MCE, United States of America v. James Castle
Minutes - Page 2

| | |
|---|---|
| 2:12 p.m. | The jury found the defendant guilty on counts 1-24, 26, 29, 30, 31, and 33-39 of the Indictment.  The parties declined polling of the jury.  The Court ordered the Courtroom deputy to record the verdicts and the verdicts were so recorded. |
| 2:13 p.m. | The Court thanked and discharged the jury without objection by the parties. |
| 2:16 p.m. | The Court set sentencing on October 28, 2021, at 10:00 a.m. in courtroom 7 and a presentence report was ordered to aid in sentencing.  The defendant was ordered to remain in custody pending sentencing. |
| 2:20 p.m. | The Court adjourned. |

TIME IN COURT:   4 hours, 54 minutes