**FILED**

SEP 09 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

TO: Ms. Kimberly M. Bennett, CSR #8953, RPR, CRR, RMR

FROM: James Christopher, Grantor, successor beneficiary on behalf of
JAMES CHRISTOPHER CASTLE

DATE: 08/26/2021

RE: Memo of 08/19/2021

Case # 2:15-cr-0190 MCE

Dear Ms. Bennett,

Thank you for your above referenced memo. I am, however, confused as to why you have responded. My request was specifically addressed to the <u>acting judge</u> in the matter.

Knowing already such a request for in-camera proceedings are by court order, I addressed the request properly. Clearly, the court inappropriately (without said court order) sent you the request.

Please also be advised you have <u>mistakenly</u> referred to the request as "2:15-cr-00190-MCE; <u>Docket 741</u>". The requested transcript is correctly referred to as the the "in-camera proceeding held on July 30, 2020" however this references Docket <u>586</u> NOT 741.

<u>Please redirect</u> my request letter to its <u>proper intended recipient</u>, current acting Judge Mendez. Thank you.

Regards,

[signature]

James Castle
631 I ST  BW 130
Sacramento, CA 95814