1  JESSE ORTIZ (SBN 176450)
   Ortiz Law Group. P.C.
2  1510 J Street, Suite 100
   Sacramento, CA 95814
3  (916) 443-9500
   Jesse@theortizlawgroup.com
4
   Attorney for Defendant
5  James Cristopher Castle

6

7

8

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>                    Defendants. | CASE NO.  2:15-CR-190 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:     October 28, 2021<br>Time:     9:30 a.m.<br>Court:    Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Audrey Hemesath**, Assistant United States Attorney; and Defendant JAMES CRISTOPHER CASTLE, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for October 28, 2021 at 9:30 a.m., in Courtroom 7 of the United States District Court, Eastern District, be continued at the request of defendant JAMES CRISTOPHER CASTLE to December 16, 2021 in Courtroom 7, of the United States District Court, Eastern District.

**SO STIPULATED.**

Dated: October 14, 2021                              __/s/ Jesse Ortiz_____
                                                     Jesse Ortiz
                                                     **Ortiz Law Group P.C.**
                                                     Attorney for Defendant James Christopher Castle

1

1 | Dated: October 14, 2021
2 |
3 |
4 |

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/  Audrey Hemesath
Audrey Hemesath
Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for October 28, 2021, at 9:30 a.m., in Courtroom 7 of the United States District Court, Eastern District, is continued at the request of defendant JAMES CRISTOPHER CASTLE to December 16, 2021, at 9:30 a.m., in Courtroom 7, of the United States District Court, Eastern District.

IT IS SO ORDERED.

Dated:  October 18, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE