JESSE ORTIZ (SBN 176450)
Ortiz Law Group. P.C.
1510 J Street, Suite 100
Sacramento, CA 95814
(916) 443-9500
Jesse@theortizlawgroup.com

Attorney for Defendant
James Cristopher Castle

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>　　　　　　　Defendants. | CASE NO.  2:15-CR-190 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:　January 25, 2022<br>Time:　9:30 a.m.<br>Court:　Hon. John A. Mendez. |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Audrey Hemesath**, Assistant United States Attorney; and Defendant JAMES CRISTOPHER CASTLE, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for January 25, 2022 at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, be continued at the request of defendant JAMES CRISTOPHER CASTLE to February 15, 2022 in Courtroom 6, of the United States District Court, Eastern District.

**SO STIPULATED.**

Dated: January 3, 2022　　　　　　　　　　　　　　__/s/ Jesse Ortiz_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Jesse Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　　**Ortiz Law Group P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant James Christopher Castle

1

1  Dated: January 3, 2022

PHILLIP A. TALBERT
Acting United States Attorney

By:    /s/   Audrey Hemesath
Audrey Hemesath
Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for January 25, 2022, at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, is continued at the request of defendant JAMES CRISTOPHER CASTLE to February 15, 2022, at 9:30 a.m., in Courtroom 6, of the United States District Court, Eastern District.

Dated: January 3, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE