JESSE ORTIZ (SBN 176450)
Ortiz Law Group. P.C.
1510 J Street, Suite 100
Sacramento, CA 95814
(916) 443-9500
Jesse@theortizlawgroup.com

Attorney for Defendant
James Cristopher Castle

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>                              Defendants. | CASE NO.  2:15-CR-190 MCE<br><br>**STIPULATION AND ORDER TO SET MATTER FOR IDENTIFICATION OF COUNSEL**<br><br>Date:     February  1, 2022<br>Time:     9:30 a.m.<br>Court:    Hon. John A. Mendez. |

   **IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Audrey Hemesath**, Assistant United States Attorney; and Defendant JAMES CRISTOPHER CASTLE, and his attorney of record, Jesse Ortiz, that the matter be set for February 1, 2022 at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, for Identification of Counsel.

///

///

///

///

///

///

1

1    **SO STIPULATED.**

2    Dated: January 28, 2022                     ___/s/ Jesse Ortiz_____

3                                                 Jesse Ortiz
                                                 **Ortiz Law Group P.C.**
4                                                Attorney for Defendant James Christopher Castle

5

6    Dated: January 28, 2022                     PHILLIP A. TALBERT
                                                 Acting United States Attorney
7
                                        By:     ___/s/   Audrey Hemesath_____
8                                                Audrey Hemesath
                                                 Assistant United States Attorney
9

10

11

12

13                                         **ORDER**

14        **IT IS HEREBY ORDERED** that the matter be set for February 1, 2022, at 9:30 a.m., in

15   Courtroom 6 of the United States District Court, Eastern District, for Identification of Counsel at the

16   request of defendant JAMES CRISTOPHER CASTLE.

17

18   Dated:  January 28, 2022                     /s/ John A. Mendez

19                                                THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26

27

28

                                              2