1 | JESSE ORTIZ (SBN 176450)
Ortiz Law Group. P.C.
1510 J Street, Suite 100
Sacramento, CA 95814
(916) 443-9500
Jesse@theortizlawgroup.com

Attorney for Defendant
James Cristopher Castle

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-190 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SET MATTER FOR IDENTIFICATION OF COUNSEL** |
| v. | Date: February 8, 2022<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez. |
| JAMES CHRISTOPHER CASTLE, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Audrey Hemesath**, Assistant United States Attorney; and Defendant JAMES CRISTOPHER CASTLE, and his attorney of record, Jesse Ortiz, that the matter currently set for February 1, 2022, be continued to February 8, 2022 at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, for Identification of Counsel.

///
///
///
///
///
///
///

1

**SO STIPULATED.**

Dated: January 31, 2022 　　　　　　　　　　　　　　／s/ Jesse Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　Jesse Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　**Ortiz Law Group P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant James Christopher Castle

Dated: January 31, 2022 　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　／s/　Audrey Hemesath
　　　　　　　　　　　　　　　　　　　　　　　　　Audrey Hemesath
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the matter currently set for February 1, 2022, be continued to February 8, 2022, at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, for Identification of Counsel at the request of defendant JAMES CRISTOPHER CASTLE.

Dated: January 31, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE