1  JESSE ORTIZ (SBN 176450)
   Ortiz Law Group. P.C.
2  1510 J Street, Suite 100
   Sacramento, CA 95814
3  (916) 443-9500
   Jesse@theortizlawgroup.com
4
   Attorney for Defendant
5  James Cristopher Castle

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>　　　　　　　Defendants. | CASE NO. 2:15-CR-190 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE IDENTIFICATION OF COUNSEL AND SENTENCING**<br><br>Date:　March 8, 2022<br>Time:　9:30 a.m.<br>Court:　Hon. John A. Mendez. |

    **IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Audrey Hemesath**, Assistant United States Attorney; and Defendant JAMES CRISTOPHER CASTLE, and his attorney of record, Jesse Ortiz, that the Identification of Counsel Hearing currently set for February 8, 2022, and the Sentencing currently scheduled for February 15, 2022, both be continued to March 8, 2022 at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District.

    **SO STIPULATED.**

Dated: February 4, 2022　　　　　　　　　　　　　　　　　/s/ Jesse Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jesse Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ortiz Law Group P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant James Christopher Castle

1

| | |
|---|---|
| Dated: February 4, 2022 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By:  /s/  Audrey Hemesath<br>Audrey Hemesath<br>Assistant United States Attorney |

**ORDER**

**IT IS HEREBY ORDERED** that the Identification of Counsel hearing currently set for February 8, 2022, and the Sentencing currently set for February 15, 2022, both be continued to March 8, 2022, at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, at the request of defendant JAMES CRISTOPHER CASTLE.

Dated:  February 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE