JESSE ORTIZ (SBN 176450)
Ortiz Law Group. P.C.
1510 J Street, Suite 100
Sacramento, CA 95814
(916) 443-9500
Jesse@theortizlawgroup.com

Attorney for Defendant
James Cristopher Castle

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>　　　　　　Defendants. | CASE NO.  2:15-CR-190 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE IDENTIFICATION OF COUNSEL AND SENTENCING**<br><br>Date:　April 19, 2022<br>Time:　9:30 a.m.<br>Court:　Hon. John A. Mendez. |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Audrey Hemesath**, Assistant United States Attorney; and Defendant JAMES CRISTOPHER CASTLE, and his attorney of record, Jesse Ortiz, that the Identification of Counsel Hearing currently set for March 8, 2022, and the Sentencing currently scheduled for March 8, 2022, both be continued to April 19, 2022 at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District.

**SO STIPULATED.**

Dated: March 4, 2022　　　　　　　　　　　　　　　　__/s/ Jesse Ortiz_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Jesse Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　　**Ortiz Law Group P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant James Christopher Castle

1

| | | |
|---|---|---|
| Dated: March 4, 2022 | PHILLIP A. TALBERT | |
| | Acting United States Attorney | |
| | By: | /s/ Audrey Hemesath |
| | | Audrey Hemesath |
| | | Assistant United States Attorney |

**ORDER**

**IT IS HEREBY ORDERED** that the Identification of Counsel hearing currently set for March 8, 2022, and the Sentencing currently set for March 8, 2022, both be continued to April 19, 2022, at 9:30 a.m., in Courtroom 6 of the United States District Court, Eastern District, at the request of defendant JAMES CRISTOPHER CASTLE.

Dated: March 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE