1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No.  2:15-CR-00190 JAM

12             Plaintiff,

13        v.                            ORDER REGARDING RESTITUTION

14   JAMES CHRISTOPHER CASTLE,

15             Defendant.

16

17        On June 28, 2022, the Court held a hearing on the issue of

18   restitution.  See Minutes for Restitution Hearing, ECF No. 811.

19   Based on the memorandum filed by the United States, see

20   Memorandum, ECF No. 808, the Court finds restitution in the

21   amount of $9,885,510.91 shall be ordered.  Defendant's objections

22   to the awarding of restitution, see Objs. at 5, ECF No. 782,

23   (objections to the presentence report) is overruled.

24        Accordingly, the defendant shall make restitution in

25   accordance with 18 U.S.C. § 3663 and 3663A or any other statute

26   authorizing a sentence of restitution.  Defendant shall pay

27   restitution to the victim(s) in the amount of $9,885,510.91 as

28   outlined in the Restitution Attachment to the presentence report,

                                  1

1   payment to begin immediately.  The interest is waived.

2   Restitution shall be joint and several with any co-defendant as

3   listed on the Restitution Attachment.  Restitution is to be sent

4   to the Clerk of the Court who shall forward it to the victim(s).

5   In addition, the Court gives notice that this case involves other

6   defendants, or may involve other defendants, who may be held

7   jointly and severally liable for payment of all or part of the

8   restitution ordered herein and may order such payment in the

9   future. Such future orders do not increase the amount of

10  restitution ordered against the defendant.

11       IT IS SO ORDERED.

12

Dated:  July 19, 2022
13

14

15  JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2