KAREN L. LANDAU, CSB 128728
Law Office of Karen L. Landau, P.C.
460 Center St., # 6935
Moraga, CA 94570-6935
(510) 501-2781
Email: karenlandau@karenlandau.com.

Attorney for Defendant-Appellant
JAMES CHRISTOPHER CASTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>　　　　Defendant.<br>_____ | ) CR 15-190-JAM<br>) (Ninth Circuit Case No. 22-10134)<br>)<br>) AMENDED ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that a copy of the transcript of the sealed portion of the hearing held on July 30, 2020, be provided to appellate counsel for defendant James Castle, Karen L. Landau, by the Court Reporter. The sealed portion of the transcript shall remain under seal.

IT IS FURTHER ORDERED that copies of all of the reporter's transcripts, whether ordered by defendant in pro se or by counsel, shall be made available to defendant's appellate counsel, Karen L. Landau.

IT IS FURTHER ORDERED that the court reporters shall provide hard copies of the transcripts identified in this Court's June 3, 2022, Order to the Office of the Federal Public Defender. The Office of the Federal Public Defender is instructed to send these copies to defendant personally, once defendant's BOP address is ascertained.

IT IS SO ORDERED.

DATED: July 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE