KAREN L. LANDAU, CSB 128728
Law Office of Karen L. Landau, P.C.
460 Center St., # 6935
Moraga, CA 94570-6935
(510) 501-2781
Email: karenlandau@karenlandau.com.

Attorney for Defendant-Appellant
JAMES CHRISTOPHER CASTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 15-190-JAM |
| ) | (Ninth Circuit Case No. 22-10134) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| JAMES CHRISTOPHER CASTLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the court

reporter shall prepare a complete copy of the transcript of the April 19, 2022,

hearing, and produce it, including the sealed portion to appellate counsel for

defendant James Castle, Karen L. Landau. The sealed portion of the transcript shall

remain under seal.

1      IT IS SO ORDERED.

2

3 DATED:  July 26, 2022       /s/ John A. Mendez

4                                         THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28