1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                   No.  2:15-cr-0190 KJM DB 2

12                    Respondent,

13            v.                                   ORDER

14    JAMES CHRISTOPHER CASTLE,

15                    Movant.

16

17            Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct

18    his sentence pursuant to 28 U.S.C. § 2255.  At the same time movant filed the motion, he filed a

19    notice of appeal.  This court ordered movant to explain why an extraordinary circumstance

20    justified the court's consideration of a § 2255 motion when an appeal was pending.  (ECF No.

21    835.)  In response, movant chose to dismiss his appeal.[1]  (See ECF Nos. 841, 842, 846.)  It

22    appears, then, that movant may proceed with his § 2255 motion.

23            Because movant may be entitled to the requested relief if he can establish a violation of

24    his constitutional rights, respondent is directed to file a response within thirty days of the filed

25    date of this order.  See Rule 4, Rules Governing Section 2255 Proceedings.

26    ////

27    

28    _____

[1] Movant's request for an extension of time to file his response (ECF No. 839) is granted.

1

1    If respondent files an answer, respondent shall include with the answer any and all

2  transcripts or other documents relevant to the determination of the issues presented in the motion.

3  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or

4  before thirty days from the date respondent's answer is filed.

5    If respondent files a motion to dismiss rather than an answer, movant's opposition or

6  statement of non-opposition to the motion shall be filed and served within thirty days after service

7  of the motion, and respondent's reply, if any, shall be filed and served within fourteen days

8  thereafter.

9    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

10  motion, on the United States Attorney or his authorized representative.

11    IT IS SO ORDERED.

12  Dated:  October 31, 2022

15  DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

22  DLB:9
23  DB prisoner inbox/habeas/R/cast0190.2255.206

2