IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0190-KJM-DB |
| Plaintiff/Respondent, | ORDER |
| v. | |
| JAMES CHRISTOPHER CASTLE, | |
| Defendant/Movant. | |

Movant is a federal prisoner proceeding pro se with a motion to vacate his conviction and sentence under 28 U.S.C. §2255. The government has requested an extension of time to file its response to movant's motion. Respondent's counsel states that a response requires the collection and review of many documents.

Good cause appearing, IT IS HEREBY ORDERED that respondent' request (ECF No. 856) is granted. The response shall be filed on or before February 28, 2023.

DATED: December 5, 2022

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/habeas/R/cast0190.resp eot

1