UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAMES CHRISTOPHER CASTLE,<br><br>Movant. | No. 2:15-cr-0190 KJM DB P<br><br><br><br>ORDER |

     Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 798. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. ECF No. 799. This matter is still pending before the magistrate judge. In the interim, James Clinton, a non-party, filed a petition for writ of habeas corpus ad subjiciendum on behalf of movant. ECF No. 845.

     On November 9, 2022, the magistrate judge filed findings and recommendations recommending that Mr. Clinton's filing be stricken from the record. ECF No. 851. The findings and recommendations were served on movant, respondent and Mr. Clinton, and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. *Id.* Movant has filed objections to the findings and recommendations. ECF No. 855. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has

1

conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court has also reviewed movant's objections and finds they are without merit.

Movant also requests clarification on whether the magistrate judge's findings and recommendations conflict with a prior Ninth Circuit decision finding movant could not represent himself. ECF No. 855 at 2. In the order movant cites, the Ninth Circuit determined movant could not proceed pro se because it would "undermine a just and orderly resolution of [the] appeal." Order at 1, *United States of America v. Castle*, No. 22-10134 (9th Cir. Sept. 15, 2022), ECF No. 18. In denying movant's request to proceed pro se, the Ninth Circuit did not determine movant was incompetent. *See id.* Thus, there is no conflict with the magistrate judge's finding that movant has not shown he is unable to pursue a habeas motion on his own "by reason of incompetency or otherwise." ECF No. 851 at 2.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed November 9, 2022, are adopted in full; and

2. The document filed by Mr. Clinton on October 14, 2022 (ECF No. 845) is stricken from the record in this matter.

DATED: January 23, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE