UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:15-cr-00190-KJM-DB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| James Christopher Castle, | |
| Defendant. | |

On January 8, 2024, this court addressed several motions pending before the court. Prior Order, ECF No. 885. Most relevant, the court denied defendant's second motion for compassionate release filed at ECF No. 883 as moot in light of his amended motion for compassionate release filed at ECF No. 884. *Id.* Defendant has filed an objection in part to the court's order and requests reconsideration as to the denial of the motion filed at ECF No. 883. Objs., ECF No. 887. Defendant argues the second motion for compassionate release is based on different grounds than his first motion for compassionate release, filed at ECF No. 877, and that the amended motion filed at ECF No. 884 superseded only the first motion for compassionate release.

In light of the above, the court **grants** defendant's request. The court vacates its prior order, filed at ECF No. 885 in part as to its denial of the motion filed at ECF No. 883. The government shall file its opposition to that motion by March 8, 2024. Defendant may file one

1

(1) reply brief in response to the government's response.  The reply brief, if any, must be filed by March 29, 2024, and not exceed ten pages.  The matter shall be submitted thereafter.  All further filings outside of this briefing schedule will be disregarded unless defendant receives leave of court to submit additional filings.

This order resolves ECF No. 887.

IT IS SO ORDERED.

DATED: February 21, 2024.

CHIEF UNITED STATES DISTRICT JUDGE