PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00190-KJM-DB |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| JAMES CHRISTOPHER CASTLE, | |
| Defendant. | |

On July 26, 2024, the United States requested an extension of time (ECF No. 904) to file its response to Defendant's *pro se* motion for reconsideration (Docket No. 903). Good cause appearing, the Government's request is granted *nunc pro tunc* to July 26, 2024. Accordingly, the government shall file its response by August 2, 2024.

Dated: July 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1