UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:15-cr-00190-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| James Christopher Castle, | |
| Defendant. | |

The motion for leave to file a reply (ECF No. 910) is **denied as moot** in light of the court's order denying reconsideration at ECF No. 909.  The reply at ECF No. 911 is **stricken**.

IT IS SO ORDERED.

DATED:  September 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1