MICHELE BECKWITH
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES CHRISOPHER CASTLE,<br><br>  Defendant. | CASE NO. 2:15-CR-00190-KJM-CSK<br><br>ORDER GRANTING<br>UNITED STATES' MOTION TO STAY,<br>OR ALTERNATIVELY, MOTION FOR<br>EXTENSION OF TIME |

On April 8, 2025, the United States filed a motion to stay proceedings regarding Castle's motion for sentence reduction pursuant to 18 U.S.C. 3582(c)(1)(A). Docket No. 930.

IT IS HEREBY ORDERED that the Government's request to stay is granted. The Government shall file a status report or response to defendant's motion to reduce no later than June 6, 2025.

DATED: April 10, 2025.

_____
UNITED STATES DISTRICT JUDGE

1