UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:15-cr-00190-KJM-CSK |
| Plaintiff, | ORDER |
| v. | |
| James Christopher Castle, | |
| Defendant. | |

The court is in receipt of an Opposition to the Government's Motion to Stay, ECF No. 935, and an accompanying Notice of No Jurisdictional Conflict, ECF No. 935-1, submitted by Christopher Kent on behalf of *pro se* defendant James Christopher Castle. In the submission, Mr. Kent indicates he filed the documents "on behalf of James Christopher Castle, with express authorization," but he also asserts he is "[n]ot counsel of record." Opp'n at 2. Under the Local Rules of this District, a *pro se* party is one who "is representing himself or herself without an attorney." E.D. Cal. L.R. 101; 183. A *pro se* party may not delegate his duties to another individual, including an attorney unless that attorney is designated as counsel of record and the party's *pro se* status is terminated.

The court therefore disregards Mr. Kent's filing at ECF No. 935 made on behalf of Mr. Castle. The stay previously effectuated by the court remains in effect. Order (Apr. 11, 2025), ECF No. 934.

1          IT IS SO ORDERED.

2     DATED:  April 22, 2025.

3                                                        _____
                                                         UNITED STATES DISTRICT JUDGE