UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:15-cr-00190-KJM |
| Plaintiff, | ORDER |
| v. | |
| James Christopher Castle, | |
| Defendant. | |

The court is in receipt of the opposition at ECF No. 937, signed and filed "for and on behalf of" defendant James Castle by an unidentified "Agent." The court disregards that opposition for the reasons explained in its previous order. *See* Order (Apr. 22, 2025) at 1, ECF No. 936 ("A pro se party may not delegate his duties to another individual, including an attorney, unless that attorney is designated as counsel of record and the party's pro se status is terminated." (quoting E.D. Cal. L.R. 101 & 183)). The court will disregard any similar filings in the future.

IT IS SO ORDERED.

DATED: May 23, 2025.

UNITED STATES DISTRICT JUDGE

1