MICHELE BECKWITH
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES CHRISTOPHER CASTLE, <br><br> Defendant. | CASE NO. 2:15-CR-00190-KJM <br><br> ORDER |

The government's request for an extension of time until July 18, 2025, in which to file its response or opposition to the defendant's third motion for compassionate release pursuant to 18 U.S.C. § 3582(C)(1)(A), is granted.

DATED: June 18, 2025.

_____
UNITED STATES DISTRICT JUDGE

1