UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:15-cr-00190-KJM |
| Plaintiff, | ORDER |
| v. | |
| James Christopher Castle, | |
| Defendant. | |

Defendant James Castle moves to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A). *See generally* Mot., ECF No. 930.  The government opposes the motion, *see generally* Opp'n, ECF No. 946, and Castle has elected not to file a reply, *see* Not., ECF No. 945.  The court takes the matter under submission without a holding a hearing.

Section 3582(c)(1)(A) permits district courts to reduce criminal sentences on a defendant's motion if that defendant has first requested the same relief from the Bureau of Prisons or warden.  *See* 18 U.S.C. § 3582(c)(1)(A).  Castle concedes he did not do so. *See* Mot. at 4.  He asks the court to excuse him from complying with this requirement, as he believes the Bureau of Prisons or warden would have rejected his request.  *See id.*  This court may not excuse his failure to first make a request of the Bureau of Prisons or warden, when the government has properly invoked the requirements of § 3582(c)(1)(A), as it has in this case.  *United States v. Keller*, 2 F.4th 1278, 1282 (9th Cir. 2021).

1

1    The court would also decline to reduce Castle's sentence if he had first presented his
2 claims to the relevant Executive Branch officers. He advances essentially the same arguments
3 and allegations this court has rejected in at least two previous orders. *See generally* Order
4 (July 16, 2024), ECF No. 902; Order (Dec. 18, 2024), ECF No. 924. The court finds again now
5 that Castle's claims and allegations about his rehabilitation, sexual assault by a correctional
6 officer, the length of his sentence, and his mother's health do not show any reduction in his
7 sentence is warranted.

8    The motion at ECF No. 930 is therefore **denied**. The court will summarily deny any
9 similar motions he files in the future.

10   The motion at ECF No. 798 **remains pending** under referral to United States Magistrate
11 Judge Chi Soo Kim for the issuance of findings and recommendations.

12   IT IS SO ORDERED.
13 DATED: July 28, 2025.

14

UNITED STATES DISTRICT JUDGE