UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-cr-00190-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES CHRISTOPHER CASTLE, | |
| Defendant. | |

This matter is before the Court on Defendant Castle's Motion to Vacate, Set Aside or Correct Sentence.  (ECF No. 798.)

On December 19, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 955.)  No objections to the findings and recommendations were filed, and the time to do so has elapsed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2025 (ECF No. 955), are ADOPTED in full.

2. The Motion to Vacate, Set Aside or Correct Sentence (ECF No. 798) is DENIED.

Date: May 7, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE